IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEMETRIUS GOHRE,

    Plaintiff,

v.

JARED HOY,

    Defendants.

ORDER

24-cv-448-jdp
App. No.  26-1295

Plaintiff Demetrius Gohre has filed a notice of appeal from an order entered on January 9, 2026.  Plaintiff also filed a motion to proceed without prepaying the appellate docketing fee, but plaintiff has not submitted a certified trust fund account statement for the six-month period preceding the appeal as required by the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider the motion at this time.

ORDER

IT IS ORDERED that plaintiff Demetrius Gohre may have until April 8, 2026 to pay the $605[1] appellate docketing fee or submit a certified trust fund account statement for the six-month period preceding the appeal.  Failure to meet this deadline may result in dismissal of the appeal.

Entered this 17th day of March, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2023, the fee for filing an appeal is $605.