IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEMETRIUS GOHRE,

                            Plaintiff,                                           ORDER

   v.

JARED HOY,                                                                      24-cv-448-jdp

                            Defendants.

---

Plaintiff Demetrius Gohre moves for leave to proceed on appeal without prepaying the appellate filing fee. Dkt. 50. This motion is granted. Gohre's trust fund account statement shows that he's indigent, and the court sees no reason to deny the requested relief. *See* 28 U.S.C. § 1915(a)(3).

Under 28 U.S.C. § 1915(b)(1), Gohre must make an initial partial payment of the appellate fee, which the court has calculated as $24.43. Dkt. 52-2. If necessary, Gohre may arrange with prison authorities to pay some or all of this amount from his release account. If Gohre fails to make the required payment by the deadline set below, the appeal may be dismissed.

ORDER

IT IS ORDERED that:

1. Plaintiff Demetrius Gohre's motion for leave to proceed on appeal without prepaying the appellate filing fee, Dkt. 50, is GRANTED.

2. Plaintiff may have until April 28, 2026 to submit a check or money order made payable to the Clerk of Court in the amount of $24.43 as an initial partial payment for his appeal. After that, plaintiff must pay the remainder of the $605 appellate fee in monthly installments under 28 U.S.C. § 1915(b)(2). If plaintiff doesn't have enough money to make the initial partial payment from his regular account, he

should arrange with prison authorities to pay the remainder from his release account.

Entered April 6, 2026.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge